JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MARY L. VENEZIA, | Case No.: 8:14-cv-01951-AG-AN |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| ORANGE COUNTY WINWATER WORKS, SCOTT WILLIAMS and DOES 1 through 10, Inclusive, | |
| Defendants. | |

## ORDER

NOW THEREFORE, based on the Stipulation of the Parties and with good cause appearing therefor, the Court hereby ORDERS that this entire action is hereby dismissed with prejudice. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

November 30, 2015

_____
HON. ANDREW J. GUILFORD
US DISTRICT COURT JUDGE

1

**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
CASE NO: 8:14-cv-01951-AG-QN